# Order

**Lansing, Michigan**

May 14, 2014

Robert P. Young, Jr.,
Chief Justice

Rehearing No. 596

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
145052(104)

Bridget M. McCormack
David F. Viviano,
Justices

MILLER-DAVIS COMPANY,
      Plaintiff-Appellant,

SC: 145052
v
COA: 284037
Kalamazoo CC: 05-000199-CK

AHRENS CONSTRUCTION, INC.,
      Defendant-Appellee,

and

MERCHANTS BONDING COMPANY,
      Defendant.
_____/

      On order of the Court, the motion for rehearing is considered, and it is DENIED.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

May 14, 2014



Clerk